IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BRIAN THORNTON                                                                                    PLAINTIFF

v.                                    Case No. 6:12-cv-06044

UPS, INC.                                                                                         DEFENDANT

### ORDER

  Before the Court is Plaintiff's Motion to Appeal in Forma Pauperis. ECF No. 54. With this Motion, Plaintiff seeks to appeal this action *in forma pauperis. Id.* When the original action was filed, Plaintiff did not request *in forma pauperis* status. ECF No. 1. Accordingly, Federal Rule of Appellate Procedure 24(a)(1) applies to this Motion.

  Rule 24(a)(1) requires Plaintiff to attach an affidavit which: "(A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs; (B) claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal." With this Motion, Plaintiff has complied with Rule 24(a)(1) and has completed Form 4 of the Appendix of Forms and attached it to his Motion. Further, based upon the representations Plaintiff has made on Form 4, the Court finds Plaintiff is unable to pay the costs associated with appealing this action.

  Accordingly, Plaintiff's Motion to Appeal in Forma Puaperis (ECF No. 54) is **GRANTED.**

**SIGNED this 20th day of February 2014.**

                  /s/ Barry A. Bryant
                  HON. BARRY A. BRYANT
                  U.S. MAGISTRATE JUDGE